No. 01–10609. CRAWFORD *v.* HARRISON ET AL., *ante*, p. 852;
No. 01–10882. BRAZIEL *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, *ante*, p. 869;
No. 02–23. FOXX *v.* DEPARTMENT OF THE NAVY ET AL., *ante*, p. 879;
No. 02–5031. DIAZ *v.* MERCURY INSURANCE CO., *ante*, p. 890; and
No. 02–5075. SEDGWICK *v.* UNITED STATES, *ante*, p. 893. Petitions for rehearing denied.

## NOVEMBER 19, 2002

No. 02A408. OGAN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

No. 02–7473 (02A405). IN RE OGAN. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–7261 (02A372). OGAN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 02–7496 (02A407). JONES *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.